UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05-CV-844 JCH |
| ) | |
| MATT BLUNT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND MEMORANDUM**

This matter is before the Court upon plaintiff Larry Coffman's request for leave to commence this action without payment of the required filing fee. See 28 U.S.C.§ 1915(a).

Local Rule 2.05(A) provides that "[a]n application to proceed in forma pauperis shall be accompanied by a statement of the applicant's financial information set forth on a form provided by the Court." Although plaintiff has submitted a motion to proceed in forma pauperis [Doc. #1], the motion was not submitted on this Court's form "Motion to Proceed without Prepayment of Costs" and was not accompanied by the court-provided "Affidavit in Support Thereof (Financial Affidavit - CJA Form 23)." As such, the Court is unable to determine, at this time, whether plaintiff is financially unable to pay the filing fee. Because plaintiff is proceeding pro se, the Court will grant him additional time in which to submit the requisite forms, as set forth below.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide plaintiff with the court forms entitled "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA23."

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that plaintiff shall have twenty (20) days from the date of this Order to pay the statutory filing fee of $250.00, or to submit a fully completed and signed "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that if, within twenty (20) days from the date of this Order, plaintiff fails to pay the filing fee or to submit a fully completed and signed "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," the case shall be dismissed, withoutpre judice.

**IT IS FURTHER ORDERED** that if plaintiff timely submits a "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23," the Clerk shall cause this case to be resubmitted to the Courtf or review under 28 U.S.C. § 1915.[1]

Dated this 13th day of June, 2005.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**

---

[1] If plaintiff pays the filing fee, he will be responsible for serving the summons and complaint upon the defendants. See Fed. R. Civ. P.4(d). Service mustb e made within 120 days of the filing of the complaint( in the instant case,w ithin 120 days of the paymento f the filing fee). See Fed. R. Civ.P . 4(m). Plaintiff is advised thath e may seek guidance on serving the defendants from the Office of the Clerk.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com